[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10052
_____

D.C. Docket No. 1:08-cv-03242-RLV-CCH

MIRIAM TAYLOR,

Plaintiff - Appellee,

versus

FULTON COUNTY, GEORGIA,

Defendant - Appellant,

SHERRIFF MYRON E. FREEMAN,
Individually and in his Official capacity
as the Fulton County Sheriff, et al.,

Defendants.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(January 24, 2013)

Before BARKETT and JORDAN, Circuit Judges, and SCHLESINGER,[*] District
Judge.

_____

[*] Honorable Harvey E. Schlesinger, United States District Judge for the Middle District
of Florida, sitting by designation.

PER CURIAM:

Fulton County appeals from a final judgment after a jury verdict in favor of Miriam Taylor on her claims of sexual harassment and retaliation in violation of Title VII of the Civil Rights Act of 1964.  Taylor also asserted a claim pursuant to 42 U.S.C. § 1983.

Fulton County now appeals various orders of the district court arguing that it (1) improperly concluded that Taylor filed a charge of discrimination within the 180-day filing period required by Title VII; (2) erred in ruling that Fulton County was Taylor's legal employer for the purposes of Title VII and § 1983 liability; (3) erred by denying its motion for a bifurcated trial, allowing inadmissible testimony, and quashing subpoenas issued to the Equal Employment Opportunity Commission ("EEOC").

Having reviewed this record, we find no merit to Fulton County's arguments:  (1) Fulton County failed to deny with particularity Taylor's assertion that she had timely filed her complaint with the EEOC as required by Rule 9(c) of the Federal Rules of Civil Procedure; (2) Fulton County admitted on several occasions before the district court that it was Taylor's employer; and (3) we cannot say, on this record, that the district court abused its discretion in issuing the various orders complained of by Fulton County.

**AFFIRMED.**